## BRASHER V. TOWN OF WETUMPKA.
(Decided November 21, 1912.)

Appeal from Elmore Circuit Court.

Heard before Hon. W. W. Pearson.

No counsel marked for either party.

Per curiam. Affirmed on certificate.

---

## BRUNSON V. THE STATE.
(Decided January 14, 1913.)

Appeal from Montgomery City Court.

Heard before Hon. Armstead Brown.

No counsel marked for appellant. R. C. Brickell, Attorney General, and W. L. Martin, Assistant Attorney General, for the State.

Thomas, J.—Affirmed on authority of *Isaiah v. The State,* 58 South. 53; *Posey v. The State,* 59 South. 234.

---

## CAPITAL SECURITY CO. V. DAVIS.
(Decided November 26, 1912.)

Appeal from Montgomery City Court.

Heard before Hon. Gaston Gunter.

E. S. Watts, J. T. Letcher, and Harry K. Walcott, for appellant. Stakely & Vardeman, and J. Lee Holloway, for appellee.

Pelham, J.- -Reversed and remanded on the authority of *Capital Security Co. v. Holland,* 6 Ala. App. 197; 60 South. 495.

---

## CASTILLO V. BLACK.
(Decided December 19, 1912.)

Appeal from Escambia Circuit Court.

Heard before Hon. A. E. Gamble.

G. W. L. Smith, for appellant. Hamilton & Brooks, for appellee.

Per curiam. Appeal dismissed.